THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWIGHT FURET, Also Known as IRA MORSBY, Appellant.

Decided February 19, 2009

**APPEARANCES OF COUNSEL**

*Center for Appellate Litigation*, New York City (*William A. Loeb* of counsel), for appellant.

*Robert M. Morgenthau, District Attorney*, New York City (*Dana Poole* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order af-

firmed. The mandatory surcharge, crime victim assistance fee and DNA databank fee need not be pronounced by the court at sentencing (*see People v Guerrero*, 12 NY3d 45 [2009] [decided today]). The lower courts' determinations regarding reasonable suspicion and probable cause, which are mixed questions of law and fact, have support in the record and are thus beyond our further review.

Concur: Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES. Taking no part: Chief Judge LIPPMAN.